**United States Bankruptcy Court**
**Western District of Tennessee**

**IN RE:** Case No. _____
**Hogan, Mary Carol**_____ Chapter **13**
Debtor(s)

## CHAPTER 13 PLAN
(Individual Adjustment of Debts)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Hogan, Mary Carol**_____ | S.S. # **4692**_____ |
| | (W) _____ | S.S. # _____ |
| ADDRESS: | **202 Meadow Lane** | |
| | **Somerville, TN 38068-0000** | |

PLAN PAYMENT: Debtor(s) to pay $**208.00** **[ ]** weekly **[ ]** every two weeks **[ ]** semi-monthly **[X]** monthly

PAYROLL DEDUCTION: **Yes** OR **[ ]** DIRECT PAY
BECAUSE: _____
FIRST PAYMENT DATE: _____

PLACE OF EMPLOYMENT: _____
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY
PLAN PMT.

| | | | |
|---|---|---|---|
| AUTO INSURANCE: | **[X]** Not included in Plan **[ ]** Included in Plan | $ | **0.00** |
| CHILD SUPPORT: | Future support through Plan to **None**_____ | $ | **0.00** |
| | Child support arrearage amount **None**_____ | $ | **0.00** |
| PRIORITY CREDITORS: | **None**_____ | $ | **0.00** |

HOME MORTGAGE      If no arrearage, ongoing payments are to be paid directly by the debtor(s)
**None**_____   Ongoing pmt. Begin                                                                 $     **0.00**
                                            Approx. arrearage   Interest %                                             $     **0.00**

| SECURED CREDITORS: | VALUE | RATE OF | MONTHLY |
|---|---|---|---|
| (Retain lien 11 U.S.C. § 1325(a)(5)) | COLLATERAL | INTEREST | PLAN PMT. |
| **Bank Of America, N.A.**_____ | $ **56,981.79** | **0.00** % | $ 120.00 |
| **Ford Credit National Bankruptcy Service**_____ | $ **4,744.09** | **0.00** % | $ 88.00 |

UNSECURED CREDITORS: Percentage to be paid to be determined by Trustee.
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **0.00**
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

DEBTORS ATTORNEY: **Graham Cox 031081**
**joybarry@coxelderlaw.com**
**Cox & Wortman, PLLC**
**149 South Rowlett**
**Collierville, TN 38017**
**Telephone: (901) 853-3500**
**Fax: (901) 853-3525**

* ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.